UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA ECONOMIC DEVELOPMENT CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:10-cv-01646-SEB-DML ) |
| ARXAN TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## Entry from Settlement Conference

The parties, by their respective authorized representatives and by counsel, appeared for a settlement conference on September 9, 2011, with the magistrate judge. The parties have agreed to settlement terms.

Date: __09/15/2011__

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robin L. Babbitt
BINGHAM MCHALE, LLP
rbabbitt@binghammchale.com

Alex Everett Gude
BINGHAM MCHALE LLP
agude@binghammchale.com

Kenneth J. Munson
BINGHAM MCHALE LLP
kmunson@binghammchale.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com