Acknowledged.
Date: 10/07/2011

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA ECONOMIC DEVELOPMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ARXAN TECHNOLOGIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 1:10-CV-1646-SEB-DML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Indiana Economic Development Corporation, the Plaintiff, and Arxan Technologies, Inc., the Defendant, by their respective counsel, hereby stipulate to the dismissal of all of the Plaintiff's claims against the Defendant, Arxan Technologies, Inc., with prejudice, and with each party bearing its own costs and fees.

Respectfully submitted,

/s  Kenneth J. Munson
Robin L. Babbitt
Kenneth J. Munson
Alex E. Gude
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana  46204

*Attorneys for Plaintiff, Indiana Economic Development Corporation*

/s T. Joseph Wendt
Michael Rosiello
T. Joseph Wendt
Barnes & Thornburg LLP
11 S. Meridian St.
Indianapolis, IN  46204

*Attorneys for Defendant, Arxan Technologies, Inc.*